IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Boyd, Angelita A | Case Number: 06 B 15227 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 11/20/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 15, 2007
Confirmed: February 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,352.00 | |
| Secured: | | 1,328.47 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 905.53 |
| Trustee Fee: | | 118.00 |
| Other Funds: | | 0.00 |
| Totals: | 2,352.00 | 2,352.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,904.00 | 905.53 |
| 2. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Transportation Investments | Secured | 0.00 | 0.00 |
| 5. | Drive Financial Services | Secured | 16,161.28 | 1,328.47 |
| 6. | Countrywide Home Loans Inc. | Secured | 9,707.19 | 0.00 |
| 7. | HSBC Mortgage Corp | Secured | 1,564.88 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 3,927.38 | 0.00 |
| 9. | Drive Financial Services | Unsecured | 0.00 | 0.00 |
| 10. | AOL GPO | Unsecured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 13. | Hyuna Hap Ki Do School | Unsecured | | No Claim Filed |
| 14. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 34,264.73 | $ 2,234.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 72.10 |
| 5.4% | 45.90 |
| | $ 118.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Boyd, Angelita A | Case Number:  06 B 15227 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/28/07 | Filed:  11/20/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

